744

No. 140. ATWOOD ET AL. *v.* KLEBERG, EXECUTRIX, ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Brady Cole* for petitioners. *Mr. Leroy G. Denman* for Alice G. K. Kleberg, Executrix, et al.; and *Messrs. R. E. Seagler* and *E. E. Townes* for the Humble Oil & Refining Co.,—respondents.

No. 147. MILLER *v.* MILLER. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Lloyd G. Owen, A. Flint Moss,* and *Villard Martin* for petitioner. *Mr. John Ladner* for respondent.

No. 148. MATCOVICH *v.* ANGLIM, COLLECTOR OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Horace B. Wulff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 149. CELANESE CORPORATION OF AMERICA *v.* LIBBEY-OWENS-FORD GLASS CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Drury W. Cooper* and *Clifton V. Edwards* for petitioner. *Messrs. Edwin J. Marshall* and *George I. Haight* for respondent.

No. 151. FIRST TRUST & DEPOSIT CO. ET AL., EXECUTORS, *v.* SHAUGHNESSY, COLLECTOR OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari